# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 11, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138626

MARY CIPRIANO,
      Plaintiff-Appellant,

v

                                   SC: 138626
                                   COA: 289393

SALVATORE CIPRIANO,
      Defendant-Appellee.
                                   Macomb CC: 91-004641-DO

_____/

On order of the Court, the application for leave to appeal the January 8, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2009

Clerk

d0831